UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUAN M. EVANS | CIVIL ACTION |
| VERSUS | NO. 09-3549 |
| BORDELON MARINE, INC. | SECTION "K"(2) |

## ORDER

Before the Court is the "Motion to Strike Jury Demand" filed on behalf of plaintiff Juan M. Evans (Doc. 15). Counsel for defendant has notified the Court that Bordelon Marine, Inc. does not oppose the motion. Accordingly,

**IT IS ORDERED** that the "Motion to Strike Jury Demand" filed on behalf of plaintiff Juan M. Evans (Doc. 15). is **GRANTED;**

**IT IS FURTHER ORDERED** that the trial in this matter shall proceed as a non-jury trial.

New Orleans, Louisiana, this 28th day of September, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE